1064

[No. 28178-0-I.   Division One.   August 10, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN
P. CARNAHAN, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit
County, No. 91-8-00016-1, George E. McIntosh, J. Pro Tem.,
entered March 26, 1991. *Reversed* and *dismissed* by unpublished per curiam opinion.

[No. 26943-7-I.   Division One.   August 10, 1992.]

*In the Matter of the Marriage of* DAVID R.
KING, *Appellant, and* LAUREL R.
KING, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 89-3-00825-6, Joseph A. Thibodeau, J.,
entered August 24, 1990. *Affirmed in part* and *reversed in
part* by unpublished opinion per Baker, J., concurred in by
Webster, A.C.J., and Coleman, J.

[No. 26393-5-I.   Division One.   August 10, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. LUIS MANUEL
ARROYO BONILLO, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90-8-02373-9, Ricardo S. Martinez, J., entered
June 8, 1990. *Reversed* by unpublished opinion per Baker,
J., concurred in by Coleman and Kennedy, JJ.

[No. 26387-1-I.   Division One.   August 10, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. GERALD A.
COX, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 89-1-04048-1, Richard M. Ishikawa, J., entered
June 15, 1990. *Affirmed* by unpublished opinion per
Kennedy, J., concurred in by Coleman and Baker, JJ.